UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHRISTOPHER G. MANGIAFICO,

    Plaintiff,

v.                                     Case No. 3:22cv5693-LC-HTC

SGT JEFFERY NOUSIAINEN, et al.,

    Defendants.

_____/

## ORDER

The magistrate judge issued a Report and Recommendation on February 22, 2023, (ECF No. 29), recommending dismissal of Plaintiff's claims against Sergeant Danio based on Plaintiff's failure to exhaust those claims and recommending dismissal of the official capacity claim against Sergeant Nousiainen for monetary damages based on Eleventh Amendment immunity.  Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 29) is adopted and incorporated by reference in this order.

2. The motion to dismiss, ECF Doc. 27, is GRANTED.

3. Plaintiff's claims against Sergeant Danio are DISMISSED.

4. The clerk shall terminate Sergeant Danio as a Defendant in this case.

5. The official capacity claim against Sergeant Nousiainen for monetary damages is DISMISSED.

**DONE AND ORDERED** this 10th day of May, 2023.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:22cv5693-LC-HTC